Date: 08/03/10

**DIVIDENDS REMITTED TO THE COURT**

# 150712     Page:

Case Number 09-20333 - JONES, TRACY L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Chase Bank USA, N.A.** | 000006 | 235.65 | 4.24 |
| **PO Box 15145** | | | |
| **Wilmington, DE 19850-5145** | | | |
|    ACCOUNT NO. 8478 | | | |

---------- Remittance Total --------------     CK 105

| | | Amount Allowed | Amount Paid |
|---|---|---|---|
| | | 235.65 | 4.24 |

MARVIN A. SICHERMAN, Trustee

**FILED**

2010 AUG -5 PM 3: 11

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND